██ In the Matter of MARIE J. PANGBURN, Appellant, v. EDGAR C. PLUMMER, as Comptroller of the Department of Audit and Control of Broome County, et al., Respondents.—

Reynolds, J. P., Staley, Jr., Cooke and Sweeney, JJ., concur; Greenblott, J., not voting.